UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ERICA GAMMAGE PLAINTIFF

VERSUS CIVIL ACTION NO. 1:25-CV-218-TBM-RPM

PENNEY OPCO LLC DEFENDANT

**ORDER ADMINISTRATIVELY CLOSING CASE FOR STATISTICAL PURPOSES**

This matter is before the Court *sua sponte*. On July 14, 2025, Plaintiff Erica Gammage filed a Complaint against Defendant Penney OpCo LLC. [1]. Approximately one month later, the Court entered an Order granting the parties' Joint Motion to Stay Case Pending Arbitration. [6]; [7]. On September 29, 2026, the Court entered a text order requiring a status update regarding arbitration. Text Only Order (09/29/2026). According to the joint status update, the parties have been engaging in settlement negotiations and exploring early resolution of the claims and, if settlement negotiations are ultimately unsuccessful, Plaintiff will submit her claims to arbitration. [8].

Based on the above, the Court is of the opinion that, in addition to being stayed, this case should be administratively closed for statistical purposes pending settlement negotiations and, if necessary, arbitration. **Nothing in this Order shall be considered a dismissal or disposition of this matter.** The Court retains jurisdiction over this cause of action to allow either party to file a motion to reopen the case for further proceedings at the appropriate time.

IT IS THEREFORE ORDERED AND ADJUDGED that, in addition to being stayed, this case is ADMINISTRATIVELY CLOSED until further order of the Court.

SO ORDERED AND ADJUDGED, this the 20th day of October 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE